IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CORINTHEUS M. ASH,

    Plaintiff,

v.                          Case No. 5:14cv319-MW/GRJ

TOM P. HANEY,

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 25. Upon consideration, no objection having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to comply with an order of this Court and failure to prosecute. All pending motions are terminated." The Clerk shall close the file.

**SO ORDERED on October 27, 2015.**

                                          **s/Mark E. Walker**
                                          **United States District Judge**